**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 10 2002
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN RE:                                :

WILLIE J. THOMPSON                    :    Case No. 96-00886
          Debtors                     :    Chapter 13

R-48274

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO**
**11 U.S.C. SECTION 347(a) AND BANKRUPTCY RULE 3011**

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Willie J. Thompson                    08/01  Ck.# 247811
1103 Alabama Avenue, SE               09/01  Ck.# 249399
Washington, DC 20032                  Amount: $3,379.47

The Trustee accordingly requests that the attached check, 259251, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

_____
CYNTHIA A. NIKLAS, Esq.
4545 42nd St. N.W.
Suite 211
Washington, DC 20016-4623

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Report on Claims was mailed, postage prepaid, May 8, 2002, to said payee at the above-stated address.

_____
CYNTHIA A. NIKLAS, Esq.
Chapter 13 Trustee

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST., NW
WASHINGTON, DC
20016-4623
(202) 362-8500
FAX (202) 362-3487

| | |
|---|---|
| 24 | CYNTHIA A. NIKLAS, CHAPTER 13 TRUSTEE<br>DISTRICT OF COLUMBIA<br>SUITE 211, BRANDYWINE PLAZA<br>4545 FORTY SECOND STREET, N.W.<br>WASHINGTON, DC 20016-4623 |

IN A PROCEEDING FOR A WAGE EARNER PLAN

**259251**

15-122 / 540
FIRST UNION NATIONAL BANK OF WASHINGTON, DC
WASHINGTON, D.C.

CLAIM NO. 999

DEBTOR'S NAME: WILLIE J THOMPSON

In RE Account Number: UNCLMD FDS 249399/247811

VOID AFTER 60 DAYS
MO 04  DAY 30  YEAR 02

CASE NUMBER  9600886

PAY THIS AMOUNT  $*******3,379.47

CLASSIFICATION: REFUND

****Three Thousand Three Hundred Seventy Nine Dollars And 47/100***

INTEREST PORTION

TO THE ORDER OF: CLERK US BANKRUPTCY COURT
333 CONSTITUTION AVE NW
#4400 US DISTRICT
WASHINGTON, DC 20001

BALANCE DUE AFTER THIS CHECK: Final Disbur

CYNTHIA A. NIKLAS, TRUSTEE

⑆259251⑆ ⑈054001220⑈ 20765000164871⑈

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                           :

   WILLIE J. THOMPSON          :    Case No. 96-00886
        Debtors                :    Chapter 13

TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO
11 U.S.C. SECTION 347(a) AND BANKRUPTCY RULE 3011

    Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Willie J. Thompson                6/01   Ck.# 244549
1103 Alabama Avenue, SE           7/01   Ck.# 246258
Washington, DC 20032              Amount:  $ 920.00

    The Trustee accordingly requests that the attached check, 255710, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

                                               */s/ Cynthia A. Niklas*
                                             CYNTHIA A. NIKLAS, Esq.
                                             4545 42nd St. N.W.
                                             Suite 211
                                             Washington, DC 20016-4623

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Report on Claims was mailed, postage prepaid, March 5, 2002, at the above-stated address.

                                               */s/ Cynthia A. Niklas*
                                             CYNTHIA A. NIKLAS, Esq.
                                             Chapter 13 Trustee

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST., NW
WASHINGTON, DC
20016-4623
(202) 362-8500
FAX (202) 362-3487